938

No. 91–1212. MITCHELL v. MOBIL OIL CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–1214. BROOKS v. SULPHUR SPRINGS VALLEY ELECTRIC COOPERATIVE ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1219. CULLY v. COTOFAN. Sup. Ct. Ohio. Certiorari denied.

No. 91–1222. CALIFORNIA ELECTRIC CO. v. BRILEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1224. OUZTS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91–1226. DAVIS ET AL. v. HOLLIS. C. A. 11th Cir. Certiorari denied.

No. 91–1228. CSOKA v. WALDEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1230. HOUSTON LIGHTING & POWER CO. v. MORRIS, JUDGE (CITY OF SAN ANTONIO ET AL., REAL PARTIES IN INTEREST). Sup. Ct. Tex. Certiorari denied.

No. 91–1232. NORMAN, EXECUTRIX OF THE ESTATE OF NORMAN, DECEASED v. VIRGINIA ELECTRIC & POWER CO. C. A. 4th Cir. Certiorari denied.

No. 91–1235. NAVARRO, SHERIFF OF BROWARD COUNTY v. REVIEW PUBLICATIONS, INC. C. A. 11th Cir. Certiorari denied.

No. 91–1237. HAMILTON v. AIR JAMAICA, LTD. C. A. 3d Cir. Certiorari denied.

No. 91–1238. PATY ET AL. v. PRICE, AKA MAUI LOA, ET AL.; and
No. 91–1273. PRICE ET AL. v. HAWAII ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 939 F. 2d 702.

No. 91–1244. HYPOINT TECHNOLOGY, INC. v. HEWLETT-PACKARD CO. C. A. 6th Cir. Certiorari denied.